**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHANNON MAYO, SR.,** | : | |
| **Plaintiff** | : | **No. 1:10-cv-1869** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **COUNTY OF YORK, <u>et al.</u>,** | : | **(Magistrate Judge Schwab)** |
| **Defendants** | : | |

<u>**ORDER**</u>

**AND NOW**, on this 25th day of June 2015, **IT IS HEREBY ORDERED THAT:**

1.    Magistrate Judge Schwab's Report and Recommendation (Doc. No. 202) is **ADOPTED**;

2.    Plaintiff's objections (Doc. No. 209) are **OVERRULED** and Plaintiff's motion to appoint counsel or for a stay (Doc. No. 209) is **DENIED**;

3.    The County Defendants' motion for summary judgment (Doc. No. 36) and the Medical Defendants' supplemental motion for summary judgment (Doc. No. 185), are **GRANTED**;

4.    The Clerk of Court is directed to enter judgment for Defendants on all claims; and

5.    The Clerk of Court shall close this case.


S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania